**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| TIMOTHY MAYO,   Plaintiff,   v.   CITY OF SCRANTON, et al.,   Defendants. | NO. 3:10-CV-935   (JUDGE CAPUTO) |

### ORDER

**NOW**, this 22nd day of February, 2012, **IT IS HEREBY ORDERED** that plaintiff's motion to compel discovery (Doc. 21) is **GRANTED in part and DENIED in part**.

 /s/ A. Richard Caputo
 A. Richard Caputo
 United States District Judge