## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TIMOTHY MAYO, | |
| Plaintiff, | NO. 3:10-CV-935 |
| v. | (JUDGE CAPUTO) |
| CITY OF SCRANTON, et al., | |
| Defendants. | |

## ORDER

**NOW**, this ___22nd___ day of February, 2012, **IT IS HEREBY ORDERED** that plaintiff's motion to compel discovery (Doc. 21) is **GRANTED in part and DENIED in part**.

/s/ A. Richard Caputo
A. Richard Caputo
United States District Judge