**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

TIMOTHY MAYO,

    Plaintiff,

        v.

CITY OF SCRANTON,

    Defendant.

CIVIL ACTION NO. 3:10-CV-0935

(JUDGE CAPUTO)

## ORDER

    **NOW,** this 11th day of June, 2012, **IT IS HEREBY ORDERED** that Plaintiff's Motion to Compel Compliance with 30(b)(6) Notice (Doc. 17) is **DENIED**. The Deposition of Chief Daniel Duffy shall reconvene and proceed in accordance with Fed. R. Civ. P. 30(b)(6).

/s/ A. Richard Caputo
A. Richard Caputo
United States District Judge