**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| TIMOTHY MAYO, | |
| Plaintiff, | CIVIL ACTION NO. 3:10-CV-0935 |
| v. | |
| CITY OF SCRANTON, | (JUDGE CAPUTO) |
| Defendant. | |

## **ORDER**

**NOW,** this 11th day of June, 2012, **IT IS HEREBY ORDERED** that Plaintiff's Motion to Compel Compliance with 30(b)(6) Notice (Doc. 17) is **DENIED**. The Deposition of Chief Daniel Duffy shall reconvene and proceed in accordance with Fed. R. Civ. P. 30(b)(6).

/s/ A. Richard Caputo
A. Richard Caputo
United States District Judge